**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00588-CR

**JAYONA E. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75712-S**

## ORDER

Before the Court is appellant's November 20, 2018 motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
         JUSTICE